IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDNA MILLER, et al.,

      Plaintiffs,

vs.

EDMUND G. "JERRY" BROWN, JR., et al.,

      Defendants.

No. CIV S-11-0456 JAM DAD PS

<u>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

      On January 11, 2011, plaintiffs Edna Miller and David McGuire, proceeding pro se, filed a civil rights complaint and paid the required filing fee in the United States District Court for the Central District of California. The Clerk of the Court issued a summons as to six named defendants. On February 17, 2011, on its own motion, the Central District Court transferred the case to the United States District Court for the Eastern District of California. The action was assigned to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

      Good cause appearing, IT IS ORDERED that:

      1. A Status (Pretrial Scheduling) Conference is set for **Friday, May 20, 2011, at 11:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

/////

1

2. Within fourteen (14) days after plaintiffs are served with this order, plaintiffs shall serve a copy of the order on each defendant. Within five (5) days after serving copies of this order on each defendant, plaintiffs shall file with this court a certificate of service indicating the date and manner of service of this order on the defendant;

3. Any party may appear at the Status (Pretrial Scheduling) Conference telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the Status (Pretrial Scheduling) Conference</u>;

4. Plaintiffs shall file and serve a joint status report on or before **May 6, 2011,** and each defendant shall file and serve a status report on or before **May 13, 2011**. Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

    j.    Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a

Settlement Conference before another magistrate judge;

k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l. Any other matters that may aid in the just and expeditious disposition of this action;

5. The pro se plaintiffs are informed that failure to file a timely status report or failure to appear at the status conference in person or telephonically may result in a recommendation that this action or portions of it be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183;

6. The pro se plaintiffs are cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of process is not accomplished on the defendant within 120 days after the complaint was filed; and

7. The Clerk of the Court shall serve this order on plaintiffs Edna Miller and David McGuire at the following address, as reflected in the notice of change of address filed April 1, 2011:  P.O. Box 8270, Northridge, California 91327-8270.

DATED: April 15, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\miller0456.ossc