IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| **EDNA MILLER; David McGuire, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**Edmund G. "Jerry" Brown, Jr., an individual; Julie Harlan, an individual; David J. Neil, an individual; Jill H. Talley, an individual; Lewis Kuykendall, an individual; Kathy Bibb, an individual et al. DOES ONE through SIX, INCLUSIVE,**<br><br>Defendants. | 2:11- CV-00456 JAM DAD<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO SET ASIDE DEFAULTS AND QUASH SERVICE AND FOR MONETARY SANCTIONS [Docket Nos. 59 and 61]**<br><br>Date:      October 5, 2011<br>Time:      9:30 a.m.<br>Courtroom: 6<br><br>U.S. District Judge John A. Mendez<br>Trial Date   None<br>**Action Filed:        2/18/2011** |

The motions filed by defendants Edmund G. Brown, Jr., Lewis Kuykendall and Kathy Bibb [docket no. 59], and joined by Julie Harlan, David J. Neill and Jill H. Talley [docket no. 61], to Set Aside Defaults and Quash Service of Summons and for Monetary Sanctions against plaintiffs Edna Miller and David McGuire and their counsel of record Vip Bhola came on regularly for hearing on October 5, 2011, before the Honorable John A. Mendez, District Court Judge.

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Attorney Vip Bhola of the Law Offices of Vip Bhola appeared on behalf of
2 | plaintiffs, and Deputy Attorney General Kenneth C. Jones of the Office of the Attorney
3 | General of the State of California appeared on behalf of defendants.
4 | Now therefore, after considering the papers and evidence submitted in support of
5 | and in opposition to the motions and good cause appearing therefor:
6 | IT IS ORDERED, ADJUDGED AND DECREED:
7 | 1. That the defaults entered by the clerk of the court against Edmund G. Brown,
8 | Jr., on June 8, 2011 [Docket no. 51]; against Lewis Kuykendall and Kathy Bibb on May
9 | 19, 2011 [Docket no. 45]; and against Julie Harlan, David J. Neill and Jill H. Talley on
10 | June 17, 2011 [Docket no. 58] are set aside;
11 | 2. That the purported service of summons on each defendant is quashed; and
12 | 3. That an award of expenses and monetary sanctions be issued in favor of
13 | defendants and against attorney Vip Bhola in the amount of $7,175.00. Said sanctions
14 | shall be payable to the Attorney General of California and delivered to the clerk of the
15 | court within 90 days of the date of the hearing.

Dated: October 11, 2011.    __/s/ John A. Mendez_____
                             John A. Mendez U.S. District Judge

Submitted by:

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JERALD L. MOSLEY, State Bar No. 106072
Supervising Deputy Attorney General
KENNETH C. JONES, State Bar No. 132740
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 620-6089
  Fax:  (213) 897-1071
  E-mail:  Kenneth.Jones@doj.ca.gov
*Attorneys for Defendants
Edmund G. Brown, Jr., Julie Harlan,
David J. Neill, Jill H. Talley, Lewis Kuykendall
and Kathy Bibb*

2

PDF created with pdfFactory trial version www.pdffactory.com