Vip Bhola (SBN 183980)
LAW OOFFICES OF VIP BHOLA
21550 Oxnard Street, Suite 300
Woodland Hills CA 91367
Phone: (818) 224-5650
Fax: (818) 221-0302
Email: vbhola@me.com

Attorneys for Plaintiffs
Edna Miller and
David McGuire

**FILED**

FEB 1 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edna Miller; David McGuire<br><br>Plaintiffs,<br><br>vs.<br><br>Edmund G. "Jerry" Brown, JR., et. al.,<br><br>Defendants. | CASE NO.: 11-456 JAM -DAD<br><br>[PROPOSED] ORDER<br><br>Date: 02/22/2012<br>Time: 9:30 a.m.<br>Dept.: 6<br>Judge: John A. Mendez |

HAVING considered the Motion to be Relieved as Counsel filed by Plaintiffs' Attorneys, and pursuant to Local Rule, the Court finds there is no substantial reason to schedule a hearing for the Motion thus no appearance is required by the parties.

IT IS HEREBY ORDERED THAT:

Plaintiffs' Attorneys, Vip Bhola & Associates Inc; and Vipant Kant Bhola are hereby relieved as Counsels of Records for the Plaintiffs.

////
////
////
////

Page 1

Plaintiffs are now in the status of Properia Persona which means they are representing themselves thereby they are advised to retain other counsels.

**IT IS SO ORDERED!**

DATE: 2-13-2012

United States District Court Judge