IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDNA MILLER, et al.,

    Plaintiffs,

No. CIV S-11-0456 JAM DAD PS

vs.

EDMUND G. "JERRY" BROWN, JR., et al.,

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

    Defendants.

/

    On February 15, 2012, the assigned District Judge granted a motion filed by plaintiffs' attorneys to be relieved as plaintiffs' counsel of record. (Doc. No. 81.) That same day the assigned District Judge referred this matter to the undersigned pursuant to Local Rule 302(c)(21). (Doc. No. 82.)

    Good cause appearing, IT IS ORDERED that:

    1. A Status (Pretrial Scheduling) Conference is set for **Friday, June 8, 2012, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

    2. Within fourteen (14) days after plaintiffs are served with this order, plaintiffs shall serve a copy of the order on each defendant. Within five (5) days after serving copies of

/////

1

1  this order on each defendant, plaintiffs shall file with this court a certificate of service indicating

2  the date and manner of service of this order on the defendant;

3      3. Any party may appear at the status conference telephonically.  To arrange

4  telephonic appearance, the party must contact Pete Buzo, courtroom deputy to the undersigned, at

5  (916) 930-4128 not later than 48 hours before the status conference.  A land line telephone

6  number must be provided for the court's use in placing a call to the party appearing

7  telephonically;

8      4. Plaintiffs shall file and serve a joint status report on or before **May 25, 2012,**

9  and each defendant shall file and serve a status report on or before **June 1, 2012**.  Each party's

10  status report shall address all of the following matters:

11      a.    Progress of service of process;

12      b.    Possible joinder of additional parties;

13      c.    Possible amendment of the pleadings;

14      d.    Jurisdiction and venue;

15      e.    Anticipated motions and the scheduling thereof;

16      f.    Anticipated discovery and the scheduling thereof,
including disclosure of expert witnesses;

17

    g.    Future proceedings, including the setting of
18  appropriate cut-off dates for discovery and for law
and motion, and the scheduling of a final pretrial
19  conference and trial;

20      h.    Modification of standard pretrial procedures
specified by the rules due to the relative simplicity
21  or complexity of the action;

22      i.    Whether the case is related to any other case,
including matters in bankruptcy;
23

    j.    Whether the parties will stipulate to the magistrate
24  judge assigned to this matter acting as settlement
judge, waiving any disqualification by virtue of his
25  so acting, or whether they prefer to have a
Settlement Conference before another magistrate
26  judge;

      k.      Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

      l.      Any other matters that may aid in the just and expeditious disposition of this action;

5. The pro se plaintiffs are informed that failure to file a timely status report or failure to appear at the status conference in person or telephonically may result in a recommendation that this action or portions of it be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. <u>See</u> Local Rules 110 and 183.

DATED: April 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\miller0456.ossc2