IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDNA MILLER, et al.,

    Plaintiffs,                  Case No. 2:11-cv-0456 JAM DAD PS

    vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.                <u>ORDER</u>

_____/

        This matter came before the court on June 8, 2012, for a Status (Pretrial Scheduling) Conference. However, that same day, plaintiffs filed a voluntary dismissal, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendants have not filed either an answer or a motion for summary judgment. Accordingly, plaintiffs' request will be granted and this action is dismissed without prejudice.

        IT IS SO ORDERED.

DATED: June 8, 2012.

*[Signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\miller0456.oah.060812

1